UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN SHKRELI | : |
| Plaintiff, | : Civil Action : |
| v. | : Case No. 1:19-cv-05120-DAB : |
| STEPHEN ASELAGE, MARGARET VALEUR-JENSEN, AND GARY LYONS | : : : |
| Defendants. | : |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Martin Shkreli, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice.  Defendants have not served an answer or a motion for a summary judgment.

Respectfully submitted,

**KANG HAGGERTY & FETBROYT LLC**

By: _/s/ Edward T. Kang_
Edward T. Kang
123 S. Broad Street, Suite 1670
Philadelphia, PA 19109
P: (215) 525-5850
F: (215) 525-5860
ekang@KHFlaw.com
*Attorneys for Plaintiff, Martin Shkreli*

Dated: June 18, 2019